**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:10-CV-39-RLV-DCK**

| | |
|---|---|
| DONALD B. TEAGUE, | ) |
| Plaintiff, | ) |
| v. | )   **ORDER** |
| PATRICIA MEREDITH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 8). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate. Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

Also, in accordance with <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has the right to file a response in opposition to Defendant's "Motion To Dismiss And Alternative Motion For Summary Judgment" (Document No. 7). Any response filed by Plaintiff should be accompanied by a brief containing a concise statement of reasons for opposition and citation to the authorities upon which he relies. The response may also be accompanied by exhibits, affidavits in opposition to the motion, or other responsive material. Plaintiff is reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence, and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

Any response – including an accompanying brief and any exhibits, affidavits or other responsive material – must be filed no later than **June 1, 2010**. The original and one copy of

Plaintiff's response should be mailed to the Clerk of U.S. District Court, and a copy served upon counsel for the Defendant. Any pleadings presented to this Court for filing must be accompanied by a certificate stating that Plaintiff has served copies on counsel for the Defendant.

<u>Plaintiff is further advised that failure to respond may result in Defendant being granted the relief she seeks, that is, the dismissal of this lawsuit with prejudice</u>.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 8) is **GRANTED**.

Signed: May 17, 2010

David C. Keesler
United States Magistrate Judge