# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONALD B. TEAGUE,

    Plaintiff(s),

vs.

PATRICIA MEREDITH,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV39

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2011, Order.

Signed: July 15, 2011

Frank G. Johns, Clerk
United States District Court